UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEMATHEUS GREEN,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Defendants. | Case No.: 2:23-cv-02050-CDS-BNW<br><br>**ORDER**<br><br>(ECF Nos. 4, 6) |

Dematheus Green brings this civil-rights action under 42 U.S.C. § 1983 to redress violations that allegedly happened while he was incarcerated in the custody of the Nevada Department of Corrections ("NDOC"). ECF No. 5. Plaintiff has applied to proceed *in forma pauperis* ("IFP") for an inmate. ECF Nos. 4, 6. According to the NDOC database, Plaintiff is no longer incarcerated. But Plaintiff has not filed his updated address with the Court as required by Nevada LR IA 3-1. And the IFP applications are moot because Plaintiff is no longer incarcerated.

It is therefore ordered that the applications to proceed *in forma pauperis* (ECF Nos. 4, 6) are denied as moot.

It is further ordered that Plaintiff has **until June 20, 2024**, to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* for non-inmates.

It is further ordered that Plaintiff has **until June 20, 2024**, to file his updated address with the Court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order.

The Clerk of the Court is directed to send Plaintiff Green the approved form application to proceed *in forma pauperis* for non-inmates and the document titled information and instructions for filing an *in forma pauperis* application.

DATED: May 21, 2024

_____
UNITED STATES MAGISTRATE JUDGE